## Chesser *v.* McCuen, Appellant.

Argued September 17, 1970. *Joseph J. Murphy,* with him *Robert Murphy,* and *Murphy, Veldorale, Weisbord and Dougherty,* for appellant; *Francis Recchuiti,* for appellee.

Order affirmed.

## Collins Appeal.

Argued September 23, 1970. *Miriam L. Gafni,* Assistant Defender, with her *Paula S. Gold,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Mark Sendrow,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.